CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOUGLAS J. DODSON, JR., :
:  Hon. Robert B. Kugler
       Petitioner, :
: Civil No. 09-3592 (RBK)
   v. :
:
PAUL M. SCHULTZ, : **ORDER**
:
       Respondent. :

    For the reasons expressed in the Opinion filed herewith,

    IT IS on this 13th day of October, 2009,

    ORDERED that Petitioner's application to proceed _in forma pauperis_ is granted; and it is further

    ORDERED that the Petition is DISMISSED for lack of jurisdiction; and it is finally

    ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

                                                                                      ROBERT B. KUGLER, U.S.D.J.